IN THE SUPREME COURT OF TEXAS

 No. 04-0490

 IN RE PALM HARBOR HOMES, INC. AND PALM HARBOR HOMES I, L.P. D/B/A PALM
 HARBOR VILLAGE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion to stay underlying proceedings, filed November
8, 2004, is granted. All trial court proceedings are stayed pending
further order of this Court.

 Done at the City of Austin, this 19th day of November, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk